

NEW YORK                                                    +1 646-992-2138

                                                                July 1, 2026

VIA ECF

The Honorable William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *GiftCash, Inc. v. The GAP, Inc., et al.*, Case No. 3:23-cv-02146-WHO
**Notice of Settlement and Request to Continue July 7, 2026 Case Management Conference**

Dear Judge Orrick:

    The parties respectfully submit this letter to notify the Court that they have settled this matter in principle and are in the process of finalizing the settlement.

    In light of the settlement, the parties request that the Court continue the Case Management Conference currently scheduled for July 7, 2026, and the associated deadline to file a Case Management Conference statement, pending the parties' finalization of the settlement and filing of a notice of dismissal.

    The parties thank the Court for its consideration and are available should any additional information be helpful.


    Sincerely,


                                        /s/Reza Yassi
                                        _____
                                        Reza Yassi, Esq.
                                        106 W. 32nd St., Suite 123,
                                        New York, NY 10001
                                        Attorney for GiftCash
                                        646-992-2138
                                        ry@yassilaw.com